UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

__USA__,
  Plaintiff(s),

v.

__M. Hodge__,
  Defendant(s).
------------------------------------------------------------x

2/20/20

**CALENDAR NOTICE**

19 CR 219 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled~~/re-scheduled for:

___ Status conference  
___ Telephone conference  
___ Pre-motion conference  
___ Settlement conference  
___ Oral argument  
___ Bench ruling on motion  

___ Final pretrial conference  
___ Jury selection and trial  
___ Bench trial  
___ Suppression hearing  
___ Plea hearing  
✓ Sentencing  

on __4-17-__, 20__20__, at __2:30 pm__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __3/20/20__.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __2-20-__, 20__20__
  White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge