UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

USA,
Plaintiff(s),

v.

Martin Hodge
Defendant(s).
------------------------------------------------------x

**CALENDAR NOTICE**

19 CR 219 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

___ Status conference  ___ Final pretrial conference

___ Telephone conference  ___ Jury selection and trial

___ Pre-motion conference  ___ Bench trial

___ Settlement conference  ___ Suppression hearing

___ Oral argument  ___ Plea hearing

___ Bench ruling on motion  ✓ Sentencing

on 6-12, 2020, at 2:30 pm, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from 4-17-20

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: 4-10-, 2020
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge